UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA PINTRO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 13-231 (RBW) |
| AJIT PAI, Chairman of the Federal Communications Commission, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

On February 13, 2019, the defendant filed[1] Defendant's Motion for Leave to File Motion for Summary Judgment ("Def.'s Mot.") (Feb. 13, 2019), ECF No. 92, representing that "there is good cause to allow [the d]efendant leave to file its Motion for Summary Judgment" because "newly gleaned discovery has direct bearing on the issue [of] whether [the p]laintiff suffered an adverse action," Def.'s Mot. at 2. The defendant argues that the plaintiff's "contention that she was denied future career opportunities because of her non-selection is too speculative to constitute an adverse action," citing Stewart v. Evans, 275 F.3d 1126 (D.C. Cir. 2002) and Maramark v. Spellings, No. 06-5099, 2007 WL 2935411 (D.C. Cir. Sept. 20, 2007) as support for his position. Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment at 1, 9–10 (Feb. 13, 2019), ECF No. 92. It appearing necessary for the Court to obtain additional information before resolving the defendant's motion for leave to file a summary judgment motion, it is hereby

---

[1] On February 26, 2019, the defendant requested the Court to "[s]tay any further proceedings in this case until the Court has ruled on [the] Defendant's Motion for Summary Judgment." Defendant's Motion to Stay at 1 (Feb. 26, 2019), ECF No. 93. The Court shall rule on this motion at the status conference on March 1, 2019.

**ORDERED** that, at the status conference scheduled for March 1, 2019, at 2:00 p.m., the plaintiff shall be prepared to articulate to the Court why the defendant's decision to not select the plaintiff for the Acting Deputy Division Chief position constitutes a sufficient adverse action.

**SO ORDERED** this 27th day of February, 2019.

REGGIE B. WALTON<br>
United States District Judge