**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LINDA PINTRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-231 (RBW) |
| ) | |
| JESSICA ROSENWORCEL, in her ) | |
| official capacity as Acting ) | |
| Chairwoman of the Federal ) | |
| Communications Commission, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on October 13, 2021, via teleconference, it is hereby

**ORDERED** that the defendant's Renewed Motion for Judgment as a Matter of Law, ECF No. 167, is **DENIED**.  It is further

**ORDERED** that the deadlines set forth in the Court's October 7, 2021 Order, ECF No. 172 are **VACATED**.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on January 13, 2022, at 9:00 a.m., via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  The parties shall be prepared to advise the Court of the status of their settlement discussions and propose a schedule for further proceedings.

**SO ORDERED** this 14th day of October, 2021.

REGGIE B. WALTON
United States District Judge
